**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Raymond Rhodes Jr.** | : Case No. 19−23916−JAD |
| *Debtor(s)* | : |
| | : Chapter: 13 |
| | : |
| | : |
| | : |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 2nd of April, 2020**, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 01:00 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 2, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
 Debtor's Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 19-23916-JAD
Raymond Rhodes, Jr.                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch                   Page 1 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db            +Raymond Rhodes, Jr.,    625 Dahlia Drive,    Monroeville, PA 15146-1251
cr            +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
               Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
               Mezzanine Level,    Pittsburgh, PA 15222-4227
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
15135243       County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
               Pittsburgh, PA 15219
15175610      +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA 15219-6101
15135245       Duquesne Light Company,    c/o Keri P. Ebeck, Esquire,    Bernstein-Burkley, P.C.,
               Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
15135246      +Gateway School District,    c/o Weiss, Burkardt, Kramer, LLC.,
               445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
15135248      +Municipality of Monroeville,    2700 Monroeville Blvd.,    Monroeville, PA 15146-2359
15135251      +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
15171999      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15135250      +Peoples Natural Gas Company, LLC.,    c/o S. James Wallace, Esquire,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
15166492       UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Apr 03 2020 04:27:32      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15135242       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:47:36
               Capital One Bank (U.S.A), N.A.,    by American InfoSource as agent,    P.O. Box 71083,
               Charlotte, NC 28272-1083
15135244       E-mail/Text: mrdiscen@discover.com Apr 03 2020 04:26:09      Discover Bank,
               Discover Products, Inc.,    P.O. Box 3025,    New Albany, OH 43054-3025
15135247       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 03 2020 04:26:20      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15171014       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 04:27:09      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
15135249       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 04:26:37
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
15135252       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:32
               Quantum Group, LLC., as agent for,    Comenity Bank,    P.O. Box 788,    Kirkland, WA 98083-0788
15163188       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:32
               Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
15166356       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 04:51:06      Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15135253       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 04:51:21      Verizon,
               by American InfoSource as agent,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
15135254       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:24      WFCB-HSN,
               P.O. Box 659707,    San Antonio, TX 78265-9707
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Gateway School District c/o Weiss Burkardt Kramer,,    445 Fort Pitt Blvd., Suite 503,
               Pittsburgh
cr             PNC BANK NATIONAL   ASSOCIATION
15146420*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                             TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch              Page 2 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3        Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
          Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
           akovalchick@attorneygeneral.gov
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor Raymond  Rhodes, Jr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Victor Samuel Kustra    on behalf of Creditor    Gateway School District c/o Weiss Burkardt Kramer,
           LLC. csilliman@wbklegal.com,  jburkardt@wbklegal.com
                                                                                             TOTAL: 9
```