IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/29/21 5:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In RE:

| | |
|---|---|
| RAYMOND RHODES JR.<br>    Debtor<br>PEOPLES NATURAL GAS COMPANY, LLC<br>    Movant,<br>    vs.<br>RAYMOND RHODES JR., and RONDA J. WINNECOUR, ESQUIRE, Trustee<br>    Respondents. | ) Bankruptcy No. 19-23916-JAD<br>)<br>) Chapter 13<br>)<br>) Related to ECF Nos. 54, 51, 48 |

## STIPULATION AND CONSENT ORDER OF COURT

AND NOW, to-wit, this 29th day of March, 2021, upon stipulation and consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. A Motion for Allowance of Administrative Claim was filed by Movant on February 25, 2021 at Docket No. 48 pertaining to post-petition gas charges.

2. A Default Order of Court was entered March 18, 2021 at Docket No. 51 which included Peoples Gas at $57.74 beginning April 2021 on account number xxxxxxxx6235.

3. On or about March 11, 2021, the Debtor made a payment to Peoples Gas. When the Debtor made this payment to Peoples Gas, he indicated that the payment should be applied to his pre-petition account. The payment was then applied to the Debtor's pre-petition account as indicated by the Debtor.

4. On or about March 23, 2021, the Debtor called the office of counsel for Movant regarding the Default Order he received. Based on the Debtor's voice mail message and a review of the billing and payment history for Debtor's pre-petition and post-petition accounts, it was determined that that Debtor inadvertently directed that the payment on March 11, 2021 be applied to the pre-petition account, instead of the Debtor's post-petition account.

5. Upon discovering this issue, Movant transferred the March 11, 2021 payment to the Debtor's post-petition account.

6. After this transfer, the Debtor's post-petition CAP account will be current.

7. Based on the foregoing, the Default Order of Court dated March 18, 2021 at Docket No. 51 is hereby vacated and the Motion for Administrative Claim at Docket No. 48 is hereby dismissed without prejudice.

8. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency on his CAP account, the ongoing CAP utility budget will then be included in the plan. There will be no exceptions.

BY THE COURT:

Hon. Jeffery A. Deller
United States Bankruptcy Judge

Consented to by:

/s/ Michael S. Geisler
Michael S. Geisler, Esquire
Attorney for Debtor
Pa. I.D. No. 39414
201 Penn Center Blvd, Suite 524
Pittsburgh, PA 15235
412-613-2133
m.s.geisler@att.net

/s/ S. James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
GRB Law
Frick Building, 437 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-281-0587
jwallace@grblaw.com

/s/ Katherine DeSimone
Katherine DeSimone, Esquire
Attorney for Chapter 13 Trustee
Pa. I.D. No. 42575
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5470
kdesimone@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-23916-JAD
Raymond Rhodes, Jr.                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: lfin                      Page 1 of 2
Date Rcvd: Mar 29, 2021          Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond Rhodes, Jr., 625 Dahlia Drive, Monroeville, PA 15146-1251 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Debtor Raymond Rhodes  Jr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Mar 29, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Victor Samuel Kustra
    on behalf of Creditor Gateway School District c/o Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

TOTAL: 9