**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RAYMOND RHODES, JR.

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:19-23916 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/06/2019 and confirmed on 12/05/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,694.00 |
| Less Refunds to Debtor | 9.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,684.26 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,810.00 | |
|   Trustee Fee | 763.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,573.68 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 3,934.60 | 0.00 | 3,934.60 |
|   Acct: 1920 | | | | |
| PNC BANK NA | 12,161.89 | 244.60 | 0.00 | 244.60 |
|   Acct: 1920 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,005.60 | 4.34 | 160.71 | 165.05 |
|   Acct: G216 | | | | |
| GATEWAY SD (MONROEVILLE) (RE) | 20,889.00 | 124.58 | 2,780.68 | 2,905.26 |
|   Acct: G216 | | | | |
| MUNICIPALITY OF MONROEVILLE (RE) | 2,620.00 | 15.63 | 348.72 | 364.35 |
|   Acct: G216 | | | | |
| PA DEPARTMENT OF REVENUE* | 12,150.84 | 112.40 | 1,030.56 | 1,142.96 |
|   Acct: 3945 | | | | |
| GATEWAY SD (MONROEVILLE) (RE) | 16,583.00 | 333.51 | 0.00 | 333.51 |
|   Acct: G216 | | | | |
| MUNICIPALITY OF MONROEVILLE (RE) | 1,007.00 | 20.25 | 0.00 | 20.25 |
|   Acct: G216 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 314.89 | 0.00 | 0.00 | 0.00 |
|   Acct: G216 | | | | |

| 19-23916 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 9,110.58 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAYMOND RHODES, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAYMOND RHODES, JR.<br>Acct: | 9.74 | 9.74 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3945 | 4,527.78 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6235 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 1933 | 1,315.64 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 0918 | 2,251.64 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6043 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3945 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 6328 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 6588 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 130.32 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT MOMA TI<br>Acct: 6588 | 654.72 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3945 | 70,202.47 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 3945 | 239.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 1999 | 857.46 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WEISS BURKARDT KRAMER LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |

TOTAL PAID TO CREDITORS                                                                                      9,110.58

TOTAL CLAIMED
PRIORITY                4,527.78
SECURED                66,732.22
UNSECURED              75.651.25

Date: 06/17/2021                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com